FILED
2004 Dec-10 PM 03:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) Case No. 2:03-CV-530-KOB-TMP |
| RICHARD M. SCRUSHY, | ) |
| Defendant. | ) |

## ORDER

The magistrate judge filed his report and recommendation on April 12, 2004, recommending that the defendant's motion for production of grand jury instructions (doc. 100) be denied. To date no objections have been filed.

Having reviewed and considered *de novo* all materials in the court file, the report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, the motion for production of grand jury instructions is DENIED.

DATED this 10th day of December, 2004.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE