# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ] |
| | ] |
| **v.** | ] |
| | ] CR-03-BE-0530-S |
| **RICHARD M. SCRUSHY,** | ] |
| | ] |
| Defendant. | ] |
| | ] |

## ORDER

Before the court is "Mike Wallace and Robert Anderson's Memorandum of Law in Support of Their Emergency Motion for Relief from Orders Concerning Potential Witnesses" ("Emergency Motion") (doc. # 392).[1] The Defendant filed a response in which he states that he does not oppose the request by these two potential witnesses to be relieved from this court's orders of April 13, 2004 (doc. # 158) and December 16, 2004 (doc. # 325) relating to potential witnesses.

As noted in the Emergency Motion, neither of these Orders were intended to restrain the speech of these journalists. Further, the court finds that releasing these two potential witnesses from the restraints of these orders will not prejudice a fair trial in this case. Therefore, the Emergency Motion is GRANTED.

DONE and ORDERED this 15th day of February 2005.

_Karon O. Bowdre_
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE

---

[1] Although no motion *per se* was filed, the court elects to treat the memorandum as a motion.