United States v. Richard M. Scrushy
CR-03-BE-0539-S

# DEFENDANT'S EXHIBIT 1



**AUDENCIO ALANIS, M.D.**

EAST HOUSTON SURGICAL ASSOCIATES, P.A.
13111 East Freeway, Suite 109
Medical Plaza Professional Building
Houston, Texas 77015
(713) 455-5531
Fax (713) 455-4321

April 14, 2005

To Whom It May Concern:

RE: Mr. Monzer Hourani

Dear Sirs:

On March 31, 2005, I performed a Laparoscopic Gastric Bypass Roux-N-Y on Mr. Monzer Hourani. This is a very complicated and life changing procedure, for those reasons, I highly recommend that, until further notice, Mr. Hourani not travel and should prevent exposure to any stressful situations.

If I can be of any further assistance, please do not hesitate to call my office at the above number.

Respectfully yours,

EAST HOUSTON SURGICAL ASSOCIATES, P.A.

Audencio Alanis, M.D.

United States v. Richard M. Scrushy
CR-03-BE-0539-S
Defendant's Exhibit 1