FILED
2005 Jun-28  PM 01:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | No. CR-03-BE-0530-S |
| | ) | |
| | ) | |
| RICHARD M. SCRUSHY, | ) | |
| | ) | |
| Defendant. | ) | |

## VERDICT
## COUNT ONE: CONSPIRACY

We, the jury find the Defendant, Richard M. Scrushy

_____                _____X_____

**GUILTY**                          **NOT GUILTY**

as charged in Count One of the Superseding Indictment.


Specifically, we, the jury, unanimously find beyond a reasonable doubt the following **unlawful offense(s) charged as objective(s) of the conspiracy**:
(you must be unanimous on at least one, please indicate the unlawful offense(s) / objective(s) below)

(a)     *Mail Fraud*: The Defendant, Richard M. Scrushy conspired with another person to devise a scheme or artifice to defraud or to obtain money or property by means of materially false or fraudulent pretenses, representations or promises, and to execute or attempt to execute the scheme or artifice by placing and causing to be placed in a post office or an authorized depository for mail matter to be sent or to be delivered by the United States Postal Service, or to deposit or cause to be deposited matter to be sent or delivered by a private or commercial interstate carrier, in violation of Title 18, United States Code, Sections 1341, 1346 and 2;

_____                _X_
**YES**                   **NO**

1

Submitted  6/28/05.
pcrw

(b)     *Wire Fraud*: The Defendant, Richard M. Scrushy conspired with another person to devise a scheme or artifice to defraud or to obtain money or property by means of materially false or fraudulent pretenses, representations or promises, and to execute the scheme or artifice by transmitting or causing to be transmitted by means of wire communication in interstate or foreign commerce, writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Sections 1343, 1346 and 2;



**YES**                    **NO**

(c)     *Bank Fraud*: The Defendant, Richard M. Scrushy conspired with another person to execute or attempt to execute a scheme or artifice to defraud or to obtain, by means of materially false or fraudulent pretenses, representations or promises, money, funds or credits owned by or under the custody or control of federally insured financial institutions, in violation of Title 18, United States Code, Sections 1344 and 2;



**YES**                    **NO**

(d)     *False Statements*: The Defendant, Richard M. Scrushy conspired with another person to make or cause others to make materially false, fictitious or fraudulent representations in a matter within the jurisdiction of the executive branch of the Government of the United States, in violation of Title 18, United States Code, Sections 1001 and 2;



**YES**                    **NO**

(e)     *False Certification*: The Defendant, Richard M. Scrushy conspired with another person to willfully certify or cause to be certified and filed, statements required to be filed by Title 18, United States Code, Section 1350, with the SEC, knowing that the periodic report accompanying the statements did not comport with all the requirements set forth in that section, in violation of Title 18, United States Code, Sections 1350 and 2;



**YES**                    **NO**

2

(f)     *Securities Fraud*: The Defendant, Richard M. Scrushy conspired with another person to knowingly execute or attempt to execute a scheme or artifice to defraud in connection with securities of HealthSouth, an issuer with a class of securities registered under Section 12 of the Securities Exchange Act of 1934 or required to file reports under Section 15(d) of said Act, in violation of Title 18, United States Code, Sections 1348 and 2;

            _____              _X_
            **YES**              **NO**

(g)     *Materially False Filings with the SEC*: The Defendant, Richard M. Scrushy conspired with another person to make or cause others to make untrue, false or misleading statements of material fact in reports or documents required to be filed under the Securities and Exchange Act of 1934 and the rules and regulations thereunder, in violation of Title 15, United States Code, Sections 78m(a) and 78ff and Title 17, Code of Federal Regulations, Section 240.13a-1 and 13a-13; and Title 18, United States Code, Section 2;

            _____              _X_
            **YES**              **NO**

(h)     *False Books or Records*: The Defendant, Richard M. Scrushy conspired with another person to falsify or cause others to falsify books, records or accounts of HealthSouth in violation of Title 15, United States Code, Sections 78m(b)(2)(A) & (B), 78m(b)(5) and 78ff; Title 17, Code of Federal Regulations, Section 240.13b2-1; and Title 18, United States Code, Section 2;

            _____              _X_
            **YES**              **NO**

(i)     *False Statements to Outside Auditors*: The Defendant, Richard M. Scrushy conspired with another person to make or cause others to make material false or misleading statements, or omit to state or cause others to omit to state material facts necessary in order to make the statements made, in light of the circumstances under which the statements were made, not misleading, to HealthSouth's outside auditors in connection with the preparation and filing of documents and reports required to be filed with the SEC, in violation of Title 15, United States Code, Sections 78m(b)(2) and 78ff; Title 17, Code of Federal Regulations, Section 240.13b2-2; and Title 18, United States Code, Section 2;

            _____              _<_
            **YES**              **NO**

3

      (J)    *Securities Fraud*: The Defendant, Richard M. Scrushy conspired with another person to use or employ or cause others to use or employ a device, scheme or artifice to defraud, utilizing the means and instrumentalities of interstate commerce, the mails, or the facilities of a national securities exchange, in connection with the purchase and sale, of HealthSouth's securities, in violation of Title 15, United States Code, Sections 78j(b) and 78ff and Title 17, Code of Federal Regulations, Section 240.10b-5; and Title 18, United States Code, Section 2.

|  |  |
|---|---|
| \_\_\_\_\_ | \_\_X\_\_ |
| **YES** | **NO** |

In addition, we the jury unanimously find beyond a reasonable doubt that **at least one overt act** was committed in furtherance of the conspiracy. We agree unanimously on that overt act, or those over acts, as indicated below:
(Circle the paragraph numbers for the overt acts on which you are unanimous; the full text of overt acts can be found at pages 12-20 of the Superseding Indictment, at paragraphs 41 through 81)

| 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 |
|----|----|----|----|----|----|----|----|----|----|----|----|
| 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 |
| 65 | 66 | 67 | 68 | 69 | 70 | 71 | 72 | 73 | 74 | 75 | 76 |
| 77 | 78 | 79 | 80 | 81 |    |    |    |    |    |    |    |

6/28/05
_____
Date

_____
Foreperson's Signature

4

## VERDICT
## COUNT TWO, SECURITIES FRAUD

We, the jury find the Defendant, Richard M. Scrushy

———————————                    ——— X ———
**GUILTY**                              **NOT GUILTY**

as charged in Count Two of the Superseding Indictment.

_6/28/05_
Date                                   Foreperson's Signature

5

## VERDICT
## COUNT THREE, SECURITIES FRAUD

We, the jury find the Defendant, Richard M. Scrushy

| | $X$ |
|---|---|
| **GUILTY** | **NOT GUILTY** |

as charged in Count Three of the Superseding Indictment.

Specifically, we, the jury, unanimously find beyond a reasonable doubt that the Defendant, Richard M. Scrushy:
(you must be unanimous on at least one of the following, please indicate below)

(i) used or employed a device, scheme or artifice to defraud

| | $\lambda$ |
|---|---|
| **YES** | **NO** |

(ii) made or caused another to make an untrue statement of a material fact or omit or cause another to omit a material fact which made what was said, under the circumstances, misleading

| | $\lambda$ |
|---|---|
| **YES** | **NO** |

(iii) engaged in an act, practice or course of business that operates, or would operate, as a fraud or deceit upon a purchaser or seller of securities.

| | $X$ |
|---|---|
| **YES** | **NO** |

_2/2∘/2∘_
Date

Foreperson's Signature

6

## VERDICT
## COUNT FOUR, WIRE FRAUD

We, the jury find the Defendant, Richard M. Scrushy

_____                 ___X_____
**GUILTY**                    **NOT GUILTY**

as charged in Count Four of the Superseding Indictment.


Specifically, we, the jury, unanimously find beyond a reasonable doubt that the Defendant,
Richard M. Scrushy knowingly devised or participated in:
(you must be unanimous on at least one of the following, please indicate below)

(i) a scheme or artifice to defraud stockholders, bondholders, potential stockholders or
bondholders, bond underwriters, or HealthSouth

_____                 __X__
**YES**               **NO**

(ii) a scheme or artifice to obtain money or property by means of materially false or
fraudulent pretenses, representations or promises

_____                 __x__
**YES**               **NO**

(iii) a scheme or artifice to deprive HealthSouth and others of the intangible right of
honest services

_____                 __X__
**YES**               **NO**

_____
Date

_____
Foreperson's Signature

7

## VERDICT
## COUNT FIVE, WIRE FRAUD

We, the jury find the Defendant, Richard M. Scrushy

_____          \_\_\_\_\_X\_\_\_\_\_
**GUILTY**                **NOT GUILTY**

as charged in Count Five of the Superseding Indictment.

Specifically, we, the jury, unanimously find beyond a reasonable doubt that the Defendant,
Richard M. Scrushy knowingly devised or participated in:
(you must be unanimous on at least one of the following, please indicate below)

(i) a scheme or artifice to defraud stockholders, bondholders, potential stockholders or
bondholders, bond underwriters, or HealthSouth

_____          \_\_X\_\_
**YES**            **NO**

(ii) a scheme or artifice to obtain money or property by means of materially false or
fraudulent pretenses, representations or promises

\_\_\_\_\_          \_\_X\_\_
**YES**            **NO**

(iii) a scheme or artifice to deprive HealthSouth and others of the intangible right of
honest services

\_\_\_\_\_          \_\_X\_\_
**YES**            **NO**

\_\_/6/28/05_____
Date                                        Foreperson's Signature

## VERDICT
## COUNT SIX, WIRE FRAUD

We, the jury find the Defendant, Richard M. Scrushy

```
                                    X
GUILTY                        NOT GUILTY
```

as charged in Count Six of the Superseding Indictment.


Specifically, we, the jury, unanimously find beyond a reasonable doubt that the Defendant, Richard M. Scrushy knowingly devised or participated in:
(you must be unanimous on at least one of the following, please indicate below)

(i) a scheme or artifice to defraud stockholders, bondholders, potential stockholders or bondholders, bond underwriters, or HealthSouth

```
                              X
YES                          NO
```

(ii) a scheme or artifice to obtain money or property by means of materially false or fraudulent pretenses, representations or promises

```
                              X
YES                          NO
```

(iii) a scheme or artifice to deprive HealthSouth and others of the intangible right of honest services

```
                              X
YES                          NO
```

_6/26/05_
Date

Foreperson's Signature

## VERDICT
## COUNT SEVEN, WIRE FRAUD

We, the jury find the Defendant, Richard M. Scrushy

|  | X |
| --- | --- |
| **GUILTY** | **NOT GUILTY** |

as charged in Count Seven of the Superseding Indictment.

Specifically, we, the jury, unanimously find beyond a reasonable doubt that the Defendant, Richard M. Scrushy knowingly devised or participated in:
(you must be unanimous on at least one of the following, please indicate below)

(i) a scheme or artifice to defraud stockholders, bondholders, potential stockholders or bondholders, bond underwriters, or HealthSouth

|  | X |
| --- | --- |
| **YES** | **NO** |

(ii) a scheme or artifice to obtain money or property by means of materially false or fraudulent pretenses, representations or promises

|  | X |
| --- | --- |
| **YES** | **NO** |

(iii) a scheme or artifice to deprive HealthSouth and others of the intangible right of honest services

|  | X |
| --- | --- |
| **YES** | **NO** |

6/28/05
Date

Foreperson's Signature

10

## VERDICT
## COUNT EIGHT, WIRE FRAUD

We, the jury find the Defendant, Richard M. Scrushy

_____          \_\_\_\_X_____
**GUILTY**                   **NOT GUILTY**

as charged in Count Eight of the Superseding Indictment.

Specifically, we, the jury, unanimously find beyond a reasonable doubt that the Defendant, Richard M. Scrushy knowingly devised or participated in:
(you must be unanimous on at least one of the following, please indicate below)

(i) a scheme or artifice to defraud stockholders, bondholders, potential stockholders or bondholders, bond underwriters, or HealthSouth

\_\_\_\_\_           \_\_X\_\_
**YES**            **NO**

(ii) a scheme or artifice to obtain money or property by means of materially false or fraudulent pretenses, representations or promises

\_\_\_\_\_           \_\_X\_\_
**YES**            **NO**

(iii) a scheme or artifice to deprive HealthSouth and others of the intangible right of honest services

\_\_\_\_\_           \_\_X\_\_
**YES**            **NO**

\_4/28/05_____
Date

_____
Foreperson's Signature

11

## VERDICT
## COUNT NINE, WIRE FRAUD

We, the jury find the Defendant, Richard M. Scrushy

_____                    ___ X ___
**GUILTY**                          **NOT GUILTY**

as charged in Count Nine of the Superseding Indictment.


Specifically, we, the jury, unanimously find beyond a reasonable doubt that the Defendant,
Richard M. Scrushy knowingly devised or participated in:
(you must be unanimous on at least one of the following, please indicate below)

(i) a scheme or artifice to defraud stockholders, bondholders, potential stockholders or
bondholders, bond underwriters, or HealthSouth

_____                    ___ X ___
**YES**                      **NO**

(ii) a scheme or artifice to obtain money or property by means of materially false or
fraudulent pretenses, representations or promises

_____                    ___ X ___
**YES**                      **NO**

(iii) a scheme or artifice to deprive HealthSouth and others of the intangible right of
honest services

_____                    ___ X ___
**YES**                      **NO**

_6/26/05_____

Date                                          Foreperson's Signature

12

## VERDICT
## COUNT TEN, WIRE FRAUD

We, the jury find the Defendant, Richard M. Scrushy

| _____ | \_\_\_\_\_X\_\_\_\_\_ |
|---|---|
| **GUILTY** | **NOT GUILTY** |

as charged in Count Ten of the Superseding Indictment.

Specifically, we, the jury, unanimously find beyond a reasonable doubt that the Defendant, Richard M. Scrushy knowingly devised or participated in:
(you must be unanimous on at least one of the following, please indicate below)

(i) a scheme or artifice to defraud stockholders, bondholders, potential stockholders or bondholders, bond underwriters, or HealthSouth

| \_\_\_\_\_ | \_\_X\_\_ |
|---|---|
| **YES** | **NO** |

(ii) a scheme or artifice to obtain money or property by means of materially false or fraudulent pretenses, representations or promises

| \_\_\_\_\_ | \_\_X\_\_ |
|---|---|
| **YES** | **NO** |

(iii) a scheme or artifice to deprive HealthSouth and others of the intangible right of honest services

| \_\_\_\_\_ | \_\_X\_\_ |
|---|---|
| **YES** | **NO** |

\_\_\_6/28/05_____
Date

_____
Foreperson's Signature

## VERDICT
## COUNT ELEVEN, WIRE FRAUD

We, the jury find the Defendant, Richard M. Scrushy

_____
**GUILTY**

____X____
**NOT GUILTY**

as charged in Count Eleven of the Superseding Indictment.

Specifically, we, the jury, unanimously find beyond a reasonable doubt that the Defendant, Richard M. Scrushy knowingly devised or participated in:
(you must be unanimous on at least one of the following, please indicate below)

(i) a scheme or artifice to defraud stockholders, bondholders, potential stockholders or bondholders, bond underwriters, or HealthSouth

_____
**YES**

__X__
**NO**

(ii) a scheme or artifice to obtain money or property by means of materially false or fraudulent pretenses, representations or promises

_____
**YES**

__X__
**NO**

(iii) a scheme or artifice to deprive HealthSouth and others of the intangible right of honest services

_____
**YES**

__X__
**NO**

6/28/05
Date

_____
Foreperson's Signature

14

## VERDICT
## COUNT TWELVE, WIRE FRAUD

We, the jury find the Defendant, Richard M. Scrushy

_____             ___X___
**GUILTY**                  **NOT GUILTY**

as charged in Count Twelve of the Superseding Indictment.

Specifically, we, the jury, unanimously find beyond a reasonable doubt that the Defendant,
Richard M. Scrushy knowingly devised or participated in:
(you must be unanimous on at least one of the following, please indicate below)

(i) a scheme or artifice to defraud stockholders, bondholders, potential stockholders or
bondholders, bond underwriters, or HealthSouth

_____             __X__
**YES**             **NO**

(ii) a scheme or artifice to obtain money or property by means of materially false or
fraudulent pretenses, representations or promises

_____             __X__
**YES**             **NO**

(iii) a scheme or artifice to deprive HealthSouth and others of the intangible right of
honest services

_____             __X__
**YES**             **NO**

_6/28/05_
Date                                    Foreperson's Signature

15

## VERDICT
## COUNT THIRTEEN, WIRE FRAUD

We, the jury find the Defendant, Richard M. Scrushy

_____      _____X_____
**GUILTY**              **NOT GUILTY**

as charged in Count Thirteen of the Superseding Indictment.

Specifically, we, the jury, unanimously find beyond a reasonable doubt that the Defendant,
Richard M. Scrushy knowingly devised or participated in:
(you must be unanimous on at least one of the following, please indicate below)

(i) a scheme or artifice to defraud stockholders, bondholders, potential stockholders or
bondholders, bond underwriters, or HealthSouth

_____         __X__
**YES**           **NO**

(ii) a scheme or artifice to obtain money or property by means of materially false or
fraudulent pretenses, representations or promises

_____         __X__
**YES**           **NO**

(iii) a scheme or artifice to deprive HealthSouth and others of the intangible right of
honest services

_____         __X__
**YES**           **NO**

_4/28/0__
Date                                            Foreperson's Signature

16

## VERDICT
## COUNT FOURTEEN, WIRE FRAUD

We, the jury find the Defendant, Richard M. Scrushy

_____                    ___X_____
**GUILTY**                     **NOT GUILTY**

as charged in Count Fourteen of the Superseding Indictment.


Specifically, we, the jury, unanimously find beyond a reasonable doubt that the Defendant, Richard M. Scrushy knowingly devised or participated in:
(you must be unanimous on at least one of the following, please indicate below)

(i) a scheme or artifice to defraud stockholders, bondholders, potential stockholders or bondholders, bond underwriters, or HealthSouth

_____                  __X__
**YES**                **NO**

(ii) a scheme or artifice to obtain money or property by means of materially false or fraudulent pretenses, representations or promises

_____                  __X__
**YES**                **NO**

(iii) a scheme or artifice to deprive HealthSouth and others of the intangible right of honest services

_____                  __X__
**YES**                **NO**


6/28/05
Date                                    Foreperson's Signature

17

## VERDICT
## COUNT FIFTEEN, WIRE FRAUD

We, the jury find the Defendant, Richard M. Scrushy

_____          _____

**GUILTY**                    **NOT GUILTY**

as charged in Count Fifteen of the Superseding Indictment.


Specifically, we, the jury, unanimously find beyond a reasonable doubt that the Defendant,
Richard M. Scrushy knowingly devised or participated in:
(you must be unanimous on at least one of the following, please indicate below)

(i) a scheme or artifice to defraud stockholders, bondholders, potential stockholders or
bondholders, bond underwriters, or HealthSouth

_____          _____

**YES**                **NO**

(ii) a scheme or artifice to obtain money or property by means of materially false or
fraudulent pretenses, representations or promises

_____          _____

**YES**                **NO**

(iii) a scheme or artifice to deprive HealthSouth and others of the intangible right of
honest services

_____          _____

**YES**                **NO**


_____
Date

_____
Foreperson's Signature

## VERDICT
## COUNT SIXTEEN, WIRE FRAUD

We, the jury find the Defendant, Richard M. Scrushy

| | |
|---|---|
| _____ | ____X____ |
| **GUILTY** | **NOT GUILTY** |

as charged in Count Sixteen of the Superseding Indictment.

Specifically, we, the jury, unanimously find beyond a reasonable doubt that the Defendant, Richard M. Scrushy knowingly devised or participated in:
(you must be unanimous on at least one of the following, please indicate below)

(i) a scheme or artifice to defraud stockholders, bondholders, potential stockholders or bondholders, bond underwriters, or HealthSouth

| | |
|---|---|
| _____ | __X__ |
| **YES** | **NO** |

(ii) a scheme or artifice to obtain money or property by means of materially false or fraudulent pretenses, representations or promises

| | |
|---|---|
| _____ | __X__ |
| **YES** | **NO** |

(iii) a scheme or artifice to deprive HealthSouth and others of the intangible right of honest services

| | |
|---|---|
| _____ | __X__ |
| **YES** | **NO** |

$\underline{6/28/05}$
Date

_____
Foreperson's Signature

19

## VERDICT
## COUNT SEVENTEEN, MAIL FRAUD

We, the jury find the Defendant, Richard M. Scrushy

                                    X

**GUILTY**　　　　　　　　　**NOT GUILTY**

as charged in Count Seventeen of the Superseding Indictment.

Specifically, we, the jury, unanimously find beyond a reasonable doubt that the Defendant, Richard M. Scrushy knowingly devised or participated in:
(you must be unanimous on at least one of the following, please indicate below)

(i) a scheme or artifice to defraud stockholders, bondholders, potential stockholders or bondholders, bond underwriters, or HealthSouth

                                    X

**YES**　　　　　　　　　　**NO**

(ii) a scheme or artifice to obtain money or property by means of materially false or fraudulent pretenses, representations or promises

                                    X

**YES**　　　　　　　　　　**NO**

(iii) a scheme or artifice to deprive HealthSouth and others of the intangible right of honest services

                                    X

**YES**　　　　　　　　　　**NO**

6/28/05
Date

Foreperson's Signature

20

## VERDICT
## COUNT EIGHTEEN, MAIL FRAUD

We, the jury find the Defendant, Richard M. Scrushy

|  | x |
| --- | --- |
| **GUILTY** | **NOT GUILTY** |

as charged in Count Eighteen of the Superseding Indictment.

Specifically, we, the jury, unanimously find beyond a reasonable doubt that the Defendant, Richard M. Scrushy knowingly devised or participated in:
(you must be unanimous on at least one of the following, please indicate below)

(i) a scheme or artifice to defraud stockholders, bondholders, potential stockholders or bondholders, bond underwriters, or HealthSouth

|  | x |
| --- | --- |
| **YES** | **NO** |

(ii) a scheme or artifice to obtain money or property by means of materially false or fraudulent pretenses, representations or promises

|  | x |
| --- | --- |
| **YES** | **NO** |

(iii) a scheme or artifice to deprive HealthSouth and others of the intangible right of honest services

|  | x |
| --- | --- |
| **YES** | **NO** |

$\frac{6/27/05}{\text{Date}}$

Foreperson's Signature

21

## VERDICT
## COUNT NINETEEN, MAIL FRAUD

We, the jury find the Defendant, Richard M. Scrushy

| | X |
|---|---|
| **GUILTY** | **NOT GUILTY** |

as charged in Count Nineteen of the Superseding Indictment.

Specifically, we, the jury, unanimously find beyond a reasonable doubt that the Defendant, Richard M. Scrushy knowingly devised or participated in:
(you must be unanimous on at least one of the following, please indicate below)

(i) a scheme or artifice to defraud stockholders, bondholders, potential stockholders or bondholders, bond underwriters, or HealthSouth

| | X |
|---|---|
| **YES** | **NO** |

(ii) a scheme or artifice to obtain money or property by means of materially false or fraudulent pretenses, representations or promises

| | X |
|---|---|
| **YES** | **NO** |

(iii) a scheme or artifice to deprive HealthSouth and others of the intangible right of honest services

| | X |
|---|---|
| **YES** | **NO** |

6/28/05
Date

Foreperson's Signature

22

## VERDICT
## COUNT TWENTY, MAIL FRAUD

We, the jury find the Defendant, Richard M. Scrushy

_____                _____X_____
**GUILTY**                     **NOT GUILTY**

as charged in Count Twenty of the Superseding Indictment.

Specifically, we, the jury, unanimously find beyond a reasonable doubt that the Defendant,
Richard M. Scrushy knowingly devised or participated in:
(you must be unanimous on at least one of the following, please indicate below)

(i) a scheme or artifice to defraud stockholders, bondholders, potential stockholders or
bondholders, bond underwriters, or HealthSouth

_____                _____X___
**YES**                **NO**

(ii) a scheme or artifice to obtain money or property by means of materially false or
fraudulent pretenses, representations or promises

_____                _____X___
**YES**                **NO**

(iii) a scheme or artifice to deprive HealthSouth and others of the intangible right of
honest services

_____                _____X___
**YES**                **NO**

_____                _____
Date                             Foreperson's Signature

23

## VERDICT
## COUNT TWENTY-ONE, MAIL FRAUD

We, the jury find the Defendant, Richard M. Scrushy

| | |
|---|---|
| _____ | _____X_____ |
| **GUILTY** | **NOT GUILTY** |

as charged in Count Twenty-One of the Superseding Indictment.

Specifically, we, the jury, unanimously find beyond a reasonable doubt that the Defendant, Richard M. Scrushy knowingly devised or participated in:
(you must be unanimous on at least one of the following, please indicate below)

(i) a scheme or artifice to defraud stockholders, bondholders, potential stockholders or bondholders, bond underwriters, or HealthSouth

| | |
|---|---|
| _____ | ___X___ |
| **YES** | **NO** |

(ii) a scheme or artifice to obtain money or property by means of materially false or fraudulent pretenses, representations or promises

| | |
|---|---|
| _____ | ___X___ |
| **YES** | **NO** |

(iii) a scheme or artifice to deprive HealthSouth and others of the intangible right of honest services

| | |
|---|---|
| _____ | ___X___ |
| **YES** | **NO** |

6/28/05
Date

Foreperson's Signature

24

## **VERDICT**
## **COUNT TWENTY-TWO, MAIL FRAUD**

We, the jury find the Defendant, Richard M. Scrushy

                                     X

**GUILTY**                         **NOT GUILTY**

as charged in Count Twenty-Two of the Superseding Indictment.

Specifically, we, the jury, unanimously find beyond a reasonable doubt that the Defendant, Richard M. Scrushy knowingly devised or participated in:
(you must be unanimous on at least one of the following, please indicate below)

(i) a scheme or artifice to defraud stockholders, bondholders, potential stockholders or bondholders, bond underwriters, or HealthSouth

                                       X

**YES**                            **NO**

(ii) a scheme or artifice to obtain money or property by means of materially false or fraudulent pretenses, representations or promises

                                       X

**YES**                            **NO**

(iii) a scheme or artifice to deprive HealthSouth and others of the intangible right of honest services

                                       X

**YES**                            **NO**

_6/29/05_
Date                                               Foreperson's Signature

25

## VERDICT
## COUNT TWENTY-THREE, MAIL FRAUD

We, the jury find the Defendant, Richard M. Scrushy

| | $\times$ |
|:---:|:---:|
| **GUILTY** | **NOT GUILTY** |

as charged in Count Twenty-Three of the Superseding Indictment.

Specifically, we, the jury, unanimously find beyond a reasonable doubt that the Defendant,
Richard M. Scrushy knowingly devised or participated in:
(you must be unanimous on at least one of the following, please indicate below)

(i) a scheme or artifice to defraud stockholders, bondholders, potential stockholders or
bondholders, bond underwriters, or HealthSouth

| | $\times$ |
|:---:|:---:|
| **YES** | **NO** |

(ii) a scheme or artifice to obtain money or property by means of materially false or
fraudulent pretenses, representations or promises

| | $\times$ |
|:---:|:---:|
| **YES** | **NO** |

(iii) a scheme or artifice to deprive HealthSouth and others of the intangible right of
honest services

| | $\times$ |
|:---:|:---:|
| **YES** | **NO** |

6/28/05
Date

Foreperson's Signature

## VERDICT
## COUNT TWENTY-FIVE, FALSE STATEMENTS

We, the jury find the Defendant, Richard M. Scrushy

_____                    ___X___
**GUILTY**                         **NOT GUILTY**

as charged in Count Twenty-Five of the Superseding Indictment.

_6/28/05_
Date                                        Foreperson's Signature

## VERDICT
## COUNT TWENTY-SIX, FALSE STATEMENTS

We, the jury find the Defendant, Richard M. Scrushy

_____                    ___X___
**GUILTY**                         **NOT GUILTY**

as charged in Count Twenty-Six of the Superseding Indictment.

_6/28/05_
Date                                        Foreperson's Signature

## VERDICT
## COUNT TWENTY-SEVEN, FALSE CERTIFICATION

We, the jury find the Defendant, Richard M. Scrushy

_____                    ___X___
**GUILTY**                         **NOT GUILTY**

as charged in Count Twenty-Seven of the Superseding Indictment.

_6/28/05_
Date                                        Foreperson's Signature

27

## **VERDICT**
## **COUNT THIRTY-FOUR, MONEY LAUNDERING**

We, the jury find the Defendant, Richard M. Scrushy

_____                   ___ X ___
**GUILTY**                        **NOT GUILTY**

as charged in Count Thirty-Four of the Superseding Indictment.

We, the jury, unanimously agree on the specified unlawful activity (or activities) listed below
(you must agree on at least one; please circle those Counts that are the specified unlawful
activit(ies)).

Wire Fraud, specifically Counts

Four        Five

_6/28/05_
Date                                           Foreperson's Signature

28

## **VERDICT**
## **COUNT THIRTY-FIVE, MONEY LAUNDERING**

We, the jury find the Defendant, Richard M. Scrushy

                                      X

**GUILTY**                     **NOT GUILTY**

as charged in Count Thirty-Five of the Superseding Indictment.

We, the jury, unanimously agree on the specified unlawful activity (or activities) listed below (you must agree on at least one; please circle those Counts that are the specified unlawful activit(ies)).

Wire Fraud, specifically Counts

       Four          Five

6/28/05
_____
Date

_____
Foreperson's Signature

29

## **VERDICT**
## **COUNT THIRTY-SIX, MONEY LAUNDERING**

We, the jury find the Defendant, Richard M. Scrushy

|  | X |
| --- | --- |
| **GUILTY** | **NOT GUILTY** |

as charged in Count Thirty-Six of the Superseding Indictment.

We, the jury, unanimously agree on the specified unlawful activity (or activities) listed below
(you must agree on at least one; please circle those Counts that are the specified unlawful
activit(ies)).

Wire Fraud, specifically Counts

Four   Five

6/28/05
Date

Foreperson's Signature

30

## VERDICT
## COUNT THIRTY-SEVEN, MONEY LAUNDERING

We, the jury find the Defendant, Richard M. Scrushy

_____              __X__
**GUILTY**                **NOT GUILTY**

as charged in Count Thirty-Seven of the Superseding Indictment.

We, the jury, unanimously agree on the specified unlawful activity (or activities) listed below
(you must agree on at least one; please circle those Counts that are the specified unlawful
activit(ies)).

Wire Fraud, specifically Counts

Four           Five           Six           Seven

_6/28/05_____
Date

_____ _ _____
Foreperson's Signature

31

## VERDICT
## COUNT THIRTY-NINE, MONEY LAUNDERING

We, the jury find the Defendant, Richard M. Scrushy

_____          _____X_____
**GUILTY**                **NOT GUILTY**

as charged in Count Thirty-Nine of the Superseding Indictment.

We, the jury, unanimously agree on the specified unlawful activity (or activities) listed below (you must agree on at least one; please circle those Counts that are the specified unlawful activit(ies)).

Wire Fraud, specifically Counts

Four          Five          Six          Seven

_6/28/05_____
Date

__          _____
Foreperson's Signature

32

## VERDICT
## COUNT FORTY, MONEY LAUNDERING

We, the jury find the Defendant, Richard M. Scrushy

_____          ____X____
**GUILTY**                **NOT GUILTY**

as charged in Count Forty of the Superseding Indictment.

We, the jury, unanimously agree on the specified unlawful activity (or activities) listed below
(you must agree on at least one; please circle those Counts that are the specified unlawful
activit(ies)).

Wire Fraud, specifically Counts

Four          Five          Six          Seven          Eight

6/28/05
Date                                          Foreperson's Signature

33

## VERDICT
## COUNT FORTY-TWO, MONEY LAUNDERING

We, the jury find the Defendant, Richard M. Scrushy

_____                    ____𝑋_____
**GUILTY**                         **NOT GUILTY**

as charged in Count Forty-Two of the Superseding Indictment.

We, the jury, unanimously agree on the specified unlawful activity (or activities) listed below (you must agree on at least one; please circle those Counts that are the specified unlawful activit(ies)).

Wire Fraud, specifically Counts

| Four | Five | Six | Seven | Eight | Nine |
|------|------|-----|-------|-------|------|
| Ten  | Eleven | Twelve | Thirteen | | |

Mail Fraud

| Seventeen | Eighteen | Nineteen | Twenty | Twenty-One |
|-----------|----------|----------|--------|------------|
| Twenty-Two | Twenty-Three | | | |

.

_____
Date

_____
Foreperson's Signature

34

## VERDICT
## COUNT FORTY-THREE, MONEY LAUNDERING

We, the jury find the Defendant, Richard M. Scrushy

_____          \_\_\_\_\_X\_\_\_\_\_
**GUILTY**          **NOT GUILTY**

as charged in Count Forty-Three of the Superseding Indictment.

We, the jury, unanimously agree on the specified unlawful activity (or activities) listed below (you must agree on at least one; please circle those Counts that are the specified unlawful activit(ies)).

Securities Fraud, specifically Count

Three

Wire Fraud, specifically Counts

| Four | Five | Six | Seven | Eight | Nine |
|------|------|-----|-------|-------|------|
| Ten | Eleven | Twelve | Thirteen | Fourteen | |

Mail Fraud, specifically Counts

| Seventeen | Eighteen | Nineteen | Twenty | Twenty-One |
|-----------|----------|----------|--------|------------|
| Twenty-Two | Twenty-Three | | | |

_____
Date

_____
Foreperson's Signature

35

## VERDICT
## COUNT FORTY-FOUR, MONEY LAUNDERING

We, the jury find the Defendant, Richard M. Scrushy

_____                    _____X_____
**GUILTY**                              **NOT GUILTY**

as charged in Count Forty-Four of the Superseding Indictment.

We, the jury, unanimously agree on the specified unlawful activity (or activities) listed below (you must agree on at least one; please circle those Counts that are the specified unlawful activit(ies)).

Securities Fraud, specifically Count

    Three

Wire Fraud, specifically Counts

| Four | Five | Six | Seven | Eight | Nine |
|------|------|-----|-------|-------|------|
| Ten | Eleven | Twelve | Thirteen | Fourteen | Fifteen |

    Sixteen

Mail Fraud, specifically Counts

| Seventeen | Eighteen | Nineteen | Twenty | Twenty-One |
|-----------|----------|----------|--------|------------|

    Twenty-Two  Twenty-Three

_____
Date

           _____
           Foreperson's Signature

36

## VERDICT
## COUNT FORTY-FIVE, MONEY LAUNDERING

We, the jury find the Defendant, Richard M. Scrushy

| | |
|---|---|
| _____ | ___×_____ |
| **GUILTY** | **NOT GUILTY** |

as charged in Count Forty-Five of the Superseding Indictment.

We, the jury, unanimously agree on the specified unlawful activity (or activities) listed below (you must agree on at least one; please circle those Counts that are the specified unlawful activit(ies)).

Securities Fraud, specifically Count

> Three

Wire Fraud, specifically Counts

| Four | Five | Six | Seven | Eight | Nine |
|---|---|---|---|---|---|
| Ten | Eleven | Twelve | Thirteen | Fourteen | Fifteen |

Sixteen

Mail Fraud, specifically Counts

| Seventeen | Eighteen | Nineteen | Twenty | Twenty-One |
|---|---|---|---|---|

Twenty-Two   Twenty-Three

_6/28/05_____
Date

_____
Foreperson's Signature

37