Case 2:03-cr-00530-KOB-TMP   Document 491   Filed 06/28/05   Page 1 of 1

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

FILED
2005 Jun-29 AM 10:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## Northern District of Alabama

UNITED STATES OF AMERICA

    v.                                        Case Number CR 03-BE-530-S

RICHARD M. SCRUSHY
       Defendant.

## JUDGMENT

The defendant, RICHARD M. SCRUSHY, was represented by Arthur W. Leach, James W. Parkman, Donald V. Watkins, H. Lewis Gillis and Leslie V. Moore.

On motion of the United States, the court has dismissed Counts 24 and 41.

On motion of the defense, the court has granted judgment of acquittal as to Counts 28, 29, 30, 31, 32, 33, 38 and 46.

The defendant has been found not guilty on Counts 1 through 23, 25 through 27, 34 through 37, 39, 40, and 42 through 45 and is discharged as to such counts.

On oral motion of the defense after return of the verdicts, the court dismisses the remaining forfeiture counts, Counts 47 through 58.

Signed this the 28th day of June 2005.

 

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE